# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cr-322-1 |
| Hugo Enrique Olvera Sanchez | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hugo Enrique Olvera Sanchez .

Date: 10/30/2024

/s/ Amos G. Tyndall
*Attorney's signature*

Amos G. Tyndall #19309
*Printed name and bar number*

Parry Law, PLLC
100 Europa Drive, Suite 351
Chapel Hill, N.C. 27517
*Address*

agt@parryfirm.com
*E-mail address*

(919) 967-0504
*Telephone number*

(919) 869-2600
*FAX number*